```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**ADEGBOYEGA JOSHUASVILLE**                :        CIVIL ACTION
                                           :
    **v.**                                     :
                                           :
**DEPARTMENT OF HUMAN SERVICES,**          :
**OFFICE OF CHILDREN YOUTH SERVICES, et al.**:        NO. 02-4668

## O R D E R

AND NOW, this       day of July, 2002, upon consideration of plaintiff's petition to proceed in forma pauperis, and plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 12, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

    1.   The petition to proceed in forma pauperis is DENIED without prejudice; and

    2.   The Clerk shall CLOSE this case statistically.

                                                **BY THE COURT:**

                                                **CLIFFORD SCOTT GREEN, J.**

---

1. Plaintiff must get such a statement from the inmate accounting department of any prison in which he was incarcerated during the six-month period from January 12, 2002 to July 12, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.