IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADEGBOYEGA JOSHUASVILLE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | Nos. 02-CV-4668 and |
| DEPARTMENT OF HUMAN SERVICES, | : | 02-CV-4871 |
| Offices of Children Youth Services, et al., | : | |
| Defendants. | : | |

**ORDER**

Presently before the Court is Plaintiff's paper styled, "Motion of Critical Family on our Children Careness/Negligency/Parental Visiting Rights," received in Civil Action Nos. 02-4668 and 02- 4871.[1] Although Plaintiff's paper is addressed to the Honorable Edward J. Zetusky, Jr., a copy has been sent to this Court. In his paper, Plaintiff alleges discriminatory treatment against him and his children by Mr. Anthony Thomas, the children's case worker from the Office of Children Youth Services. Civil Action Nos. 02-4668 and 02-4871 have been closed statistically. Accordingly, Plaintiff's paper, a copy of a matter originally filed in the Court of Common Pleas in Delaware County, will be stored in Civil Action No. 02-4668 but not filed and docketed therein because it is not properly before this Court.

**AND NOW**, this \_\_5\_\_ day of August, 2002, **IT IS HEREBY ORDERED** that Plaintiff's paper styled, "Motion of Critical Family on our Children Careness/Negligency/Parental Visiting Rights," shall be **STORED** in **Civil Action No. 02-4668** but not filed and docketed therein because it is not properly before this Court.

---

[1] The paper that Plaintiff wishes to bring to the attention of this Court has been filed in the Court of Common Pleas in Delaware County where Plaintiff has a matter pending. The paper request no relief from this Court.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.